JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJYNE G., DEUJANYE G. and DYVONN G., by and through their guardian ad litem KHANDI ROSE; and KAILYNN G., by and through her guardian ad litem KANDACE SIMPLIS, | Case No.: **CV 10-09497-MWF (MANx)**<br>(Consolidated Case No.: CV 11-04285-MWF-MANx) |
| Plaintiffs, | |
| vs. | **JUDGMENT** |
| CULVER CITY POLICE DEPARTMENT, and OFFICER LUIS MARTINEZ, | |
| Defendants. | |
| AND ALL CONSOLIDATED ACTIONS. | |

These consolidated actions came on for trial on April 30, 2013, in Courtroom 1600 of the United States District Court for the Central District of California, Western Division, the Honorable Michael W. Fitzgerald, United States District Judge, presiding.

1    Plaintiffs Dajyne G., Deujanye G., and Dyvonne G., by and through their

2  guardian ad litem Khandi Rose, were represented by Dale K. Galipo of The Law

3  Offices of Dale K. Galipo.

4    Plaintiff Kailynn G., by and through her guardian ad litem Kandace Simplis,

5  was represented by Matthew S. McNicholas of McNicholas & McNicholas, LLP.

6    Defendants Luis Martinez and Culver City Police Department were

7  represented by Steven J. Rothans and Jill Williams of Carpenter, Rothans &

8  Dumont.

9    A jury was regularly empanelled and sworn. Witnesses were sworn and

10 testified.  After the presentation of the evidence, the instructions of the Court, and

11 the arguments of counsel, the case was submitted to the jury.  The jury deliberated

12 and thereafter returned to Court with its verdict as follows:

13 **Question 1**

14    Did Officer Luis Martinez use excessive force against Decedent Lejoy

15 Grissom on April 25, 2010?

16    Yes <u>X</u>          No_____

17 **Question 2**

18    What are Lejoy Grissom's damages?            $825,000.00

19 **Question 3**

20    What are Dajyne G. damages?

21       a.    Past non-economic damages:        $500,000.00

22       b.    Future non-economic damages:      $1,500,000.00

23 **Question 4**

24    What are Deujanye G. damages?

25       a.    Past non-economic damages:        $500,000.00

26       b.    Future non-economic damages:      $1,500,000.00

27

28

**Question 5**

What are Dyvonn G. damages?

    a.    Past non-economic damages:      $500,000.00

    b.    Future non-economic damages:    $1,500,000.00

**Question 6**

What are Kailynn G. damages?

    a.    Past non-economic damages:      $500,000.00

    b.    Future non-economic damages:    $1,500,000.00


NOW, THEREFORE, IT IS ORDERD, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

1.    Judgment in the sum of $2,206,250.00 is entered against Defendants City of Culver City and Luis Martinez, and in favor of Plaintiff Dajyne G.

2.    Judgment in the sum of $2,206,250.00 is entered against Defendants City of Culver City and Luis Martinez, and in favor of Plaintiff Deujanye G.

3.    Judgment in the sum of $2,206,250.00 is entered against Defendants City of Culver City and Luis Martinez, and in favor of Plaintiff Dyvonne G.

4.    Judgment in the sum of $2,206,250.00 is entered against Defendants City of Culver City and Luis Martinez, and in favor of Plaintiff Kailynn G.

///
///
///
///
///

5.      Plaintiffs also may recover costs and interest as provided by law.

6.      Plaintiffs also may recover attorneys' fees pursuant to 42 U.S.C. § 1988.

DATED:  June 13, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge