1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10

11   KANDACE SIMPLIS; KYRA S., by and          CASE NO. CV 10-09497-MWF(MANx)
     through her guardian ad litem              (Consolidated Case No.: CV 11-04285-JHN(MANx))
12   KANDACE SIMPLIS; and KAILYNN
     G., by and through her guardian ad litem   **ORDER AND JUDGMENT**
13   KANDACE SIMPLIS; KHANDI ROSE,              **GRANTING APPROVAL OF THE**
     an involuntary plaintiff; DYVONN G.,       **MINORS' COMPROMISE AND**
14   an involuntary plaintiff; DEUJANYE G.,     **AWARD OF ATTORNEYS' FEES**
     an involuntary plaintiff; DAJAYNE G.,
15   an involuntary plaintiff,
16
17            Plaintiffs,
18       vs.
19   CULVER CITY POLICE
20   DEPARTMENT; CITY OF CULVER
     CITY; CHIEF DON PEDERSEN, in his
21   official and individual capacities; and
     DOES 1 through 100, inclusive,
22
23            Defendants.
24
25
26      This Court, having considered (1) the Motion for Approval of Minor K.G.'s
27   Compromise (the "Simplis Motion"), filed by Kandace Simplis, Guardian Ad Litem
28

1

for minor Plaintiff K.G. on October 7, 2013 (Docket No. 279), and (2) the Application for Approval of Minors' Compromise (the "Rose Motion"), filed by Khandi Rose, Guardian Ad Litem for minor Plaintiffs D.R.M.G., D.E.W.G., and D.L.E.G., on October 7, 2013 (Docket Nos. 281, 282), and finding GOOD CAUSE as set forth in the concurrent Order Granting Plaintiffs' Motions for Approval of Minors' Compromise, hereby **ORDERS**:

      1.     The Simplis Motion and the Rose Motion are **GRANTED**;

      2.     The settlement of minor Plaintiffs K.G., D.R.M.G., D.E.W.G., and D.L.E.G. in the total amount of $6,875,000.00, distributed as $1,718,750.00 to each minor plaintiff, is hereby approved.  Within twenty-one (21) days of the date this Order is signed, Defendant City of Culver City, through counsel, shall prepare and deliver drafts for the settlement proceeds to settle minor Plaintiffs' claims, payable as set forth herein;

      3.     Of the $1,718,750.00 total settlement for Plaintiff K.G., a disbursement of $1,067,907.00 shall be made payable to Prudential Assigned Settlement Services Corporation for the purchase of an annuity in accord with Exhibit 1 to the Simplis Motion, which shall have the right to fund its liability to make periodic payments to and for the benefit of K.G. by purchasing an annuity policy from The Prudential Insurance Company of America, which is rated A+ by the A.M. Best Company;

      4.     With regard to the funds deposited in a blocked account at Wells Fargo Bank for the purpose of paying K.G.'s tuition at Marcus Garvey School, a certified or filed endorsed copy of this Order must be delivered to a manager at the Wells Fargo Bank where the funds are to be deposited, and a receipt from Wells Fargo must promptly be filed with the Court, acknowledging receipt of both the funds deposited and the order for the deposit of funds.  All disbursements made during K.G.'s minority, including the funds to pay K.G.'s tuition, will be made payable to Kandace Simplis, mother, for the sole benefit of K.G., a minor.

5.     Of the $1,718,750.00 total settlement for Plaintiff K.G., a disbursement of $650,843.00 shall be made payable to "McNicholas & McNicholas, LLP" for attorneys' fees in the amount of $601,562.50 and costs in the amount of $49,280.50;

6.     Of the $1,718,750.00 total settlement for Plaintiff D.R.M.G., a disbursement of $1,009,191.60 shall be made payable to American General Annuity Service Corporation for the purchase of annuities, as provided in the Declaration of Dale K. Galipo (the "Galipo Declaration") (Docket No. 283), Exhibit B, Settlement Proposal – 6A, which shall have the right to fund its liability to make periodic payments to and for the benefit of D.R.M.G., by purchasing an annuity policy from American General Life Insurance Company, which is rated A (Class 15) by the A.M. Best Company;

7.     Of the $1,718,750.00 total settlement for Plaintiff D.E.W.G., a disbursement of $1,009,191.60 shall be made payable to American General Annuity Service Corporation for the purchase of annuities, as provided in the Galipo Declaration, Exhibit B, Settlement Proposal – 6B, which shall have the right to fund its liability to make periodic payments to and for the benefit of D.E.W.G., by purchasing an annuity policy from American General Life Insurance Company, which is rated A (Class 15) by the A.M. Best Company;

8.     Of the $1,718,750.00 total settlement for Plaintiff D.L.E.G., a disbursement of $1,009,191.60 shall be made payable to American General Annuity Service Corporation for the purchase of annuities as provided in the Galipo Declaration, Exhibit B, Settlement Proposal – 6C, which shall have the right to fund its liability to make periodic payments to and for the benefit of D.L.E.G., by purchasing an annuity policy from American General Life Insurance Company, which is rated A (Class 15) by the A.M. Best Company;

9.     An initial disbursement of $10,000.00 from each of the annuities of D.R.M.G., D.E.W.G., and D.L.E.G., shall be made to Khandi Rose, as natural parent and guardian of D.R.M.G., D.E.W.G., and D.L.E.G.;

10.     Of the $5,156,250.00 total settlement for Plaintiffs D.R.M.G., D.E.W.G., and D.L.E.G., a disbursement of $2,128,675.14 shall be made payable to "Law Offices of Dale K. Galipo" for attorneys' fees in the amount of $2,062,500.00 and costs in the amount of $66,175.14.

11.     With the exception of the attorneys' fees and costs, all sums set forth herein constitute damages on account of personal and physical injuries or illness within the meaning of Section 104(a) of the Internal Revenue Code of 1986.  Said periodic payments are to be provided through a Qualified Assignment to Prudential Assigned Settlement Services Corporation and American General Annuity Service Corporation within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, and the issuance of annuity policies from The Prudential Life Insurance Company of America and American General Life Insurance Company.

IT IS SO ORDERED.

DATED:  November 18, 2013.     _____

MICHAEL W. FITZGERALD
United States District Judge

4